(Official Form 1) (12/02)        **rw4419**

| FORM B1 | **United States Bankruptcy Court**<br>**Eastern District of New York** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Morgansen's LTD** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Soc. Sec./Tax I.D. No. (if more than one, state all):<br>**13-4102916** | Soc. Sec./Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**640 County Road 39**<br>**Southampton, NY 11968** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:    **Suffolk** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**38 East 57th Street**<br>**Suite 1100**<br>**New York, NY 10022** | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor **640 Country Road 39**<br>(if different from street address above):    **Southampton, NY 11968** | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | | **Filing Fee** (Check one box) |
|---|---|---|
| ☐ Consumer/Non-Business | ■ Business | ■ Full Filing Fee attached |

**Chapter 11 Small Business** (Check all boxes that apply)
- ■ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**\*\*\* Ronald D. Weiss, Esq. 4419 \*\*\***

**Statistical/Administrative Information** (Estimates only)      THIS SPACE IS FOR COURT USE ONLY
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/02)**            **rw4419**

| | |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): **Morgansen's LTD**     **FORM B1**, Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Ronald D. Weiss, Esq. 4419**
Signature of Attorney for Debtor(s)
**Ronald D. Weiss, Esq. 4419**
Printed Name of Attorney for Debtor(s)
**Ronald D. Weiss, PC**
Firm Name
**734 Walt Whitman Road**
**Suite 203**
**Melville, NY 11747**
Address
**631-271-3737  Fax: 631-271-3784**
Telephone Number
**February 20, 2003**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Felicia Branescu**
Signature of Authorized Individual
**Felicia Branescu**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**February 20, 2003**
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

■ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)        Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):** Morgansen's LTD                **CASE NO.:**

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within six years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

■ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

   CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

   CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____ JUDGE:_____ DISTRICT/DIVISION:_____

   CASE STILL PENDING (Y/N):_____          [*If closed*] Date of closing:_____

   CURRENT STATUS OF RELATED CASE: _____
   (Discharged/awaiting discharge, confirmed, dismissed, etc.)

   MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

   REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N):_____

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

*/s/ Ronald D. Weiss P.C.*
**Ronald D. Weiss, Esq. 4419**
Signature of Debtor's Attorney
**Ronald D. Weiss, PC**
**734 Walt Whitman Road**
**Suite 203**
**Melville, NY 11747**
**631-271-3737 Fax:631-271-3784**

**Felicia Branescu**
Signature of Pro Se Debtor/Petitioner

Signature of Pro Se Joint Debtor/Petitioner

**38 East 57th Street**
**Suite 1100**
Mailing Address of Debtor/Petitioner

**New York, NY 10022-0000**
City, State, Zip Code

Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

NOTE: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

# United States Bankruptcy Court
## Eastern District of New York

rw4419

In re  **Morgansen's LTD**  ,  Case No. _____

Debtor

Chapter  **11**

## Exhibit "A" to Voluntary Petition

1. If any of debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____.

2. The following financial data is the latest available information and refers to debtor's condition on _____.

   a. Total assets                                             $        **310,500.00**

   b. Total debts (including debts listed in 2.c.,below)  $        **414,379.54**

   c. Debt securities held by more than 500 holders.

   | | | | | Approximate number of holders |
   |---|---|---|---|---|
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |
   | secured / / | unsecured / / | subordinated / / | $ **0.00** | **0** |

   d. Number of shares of preferred stock          **0**          **0**
   e. Number of shares of common stock             **0**          **0**

   Comments, if any:

3. Brief description of debtor's business:

4. List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

United States Bankruptcy Court

Eastern District of New York

In re:  Morgansen's LTD                                                      Case No. _____
         13-4102916                                                            Chapter   11


**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION**

I, Felicia Branescu, declare under penalty of perjury that I am the **President** of **Morgansen's LTD**., a Corporation, and that on February 20, 2003 the following resolution was duly adopted by the President of this Corporation:


"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;


Be It Therefore Resolved, that **Felicia Branescu, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and


Be It Further Resolved, that **Felicia Branescu, President** of this Corporation, is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case; and


Be It Further Resolved, that **Felicia Branescu, President** of this Corporation, is authorized and directed to employ, Ronald D. Weiss P.C. attorney and the law firm of **Ronald D. Weiss, P.C.** to represent the Corporation in such bankruptcy case."


Executed on:  February 20, 2003                    Signed:  */s/ Felicia Branescu*
                                                            **Felicia Branescu**
                                                            President

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## United States Bankruptcy Court
### Eastern District of New York

rw4419

In re **Morgansen's LTD**, Debtor

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alex Demetriades | Alex Demetriades | | | 45,854.54 |
| American Express Centurion Bank<br>Suite 0002<br>Chicago, IL 60679-0002 | American Express Centurion Bank<br>Suite 0002<br>Chicago, IL 60679-0002 | | | 24,000.00 |
| Citibank<br>PO Box 22828<br>Rochester, NY 14692 | Citibank<br>PO Box 22828<br>Rochester, NY 14692 | merchandise | | 26,000.00 |
| FedEx | FedEx | | | 645.00 |
| Felicia Branescu<br>38 East 57th Street<br>Suite 1100<br>New York, NY 10022 | Felicia Branescu<br>38 East 57th Street<br>Suite 1100<br>New York, NY 10022 | money loaned to company | | 240,000.00 |

In re **Morgansen's LTD**, Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **GMC Garage** | **GMC Garage** | gargage dues | | 1,200.00 |
| **Global Payment** | **Global Payment** | credit processing services | | 27,000.00 |
| **Hardy Suel** | **Hardy Suel** | | | 1,890.00 |
| **LIPA/Keyspan** <br> **P.O. Box 9083** <br> **Melville, NY 11747** | **LIPA/Keyspan** <br> **P.O. Box 9083** <br> **Melville, NY 11747** | utility bills | | 1,900.00 |
| **Nowendah Landscaping** | **Nowendah Landscaping** | | | 1,350.00 |
| **PNC Vehicle Leasing, LLC** <br> **PO Box 41744** <br> **Philadelphia, PA 19162-0312** | **PNC Vehicle Leasing, LLC** <br> **PO Box 41744** <br> **Philadelphia, PA 19162-0312** | car lease | | 1,800.00 |

rw4419

In re **Morgansen's LTD** ,   Case No. _____

Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Realty Services** | **Realty Services** | rent | | 8,600.00 |
| **Sprint PCS**<br>**PO Box 62012**<br>**Baltimore, MD 21264-2012** | **Sprint PCS**<br>**PO Box 62012**<br>**Baltimore, MD 21264-2012** | **Cellular telephone bill** | | 1,500.00 |
| **UPS**<br>**75 Smith Street**<br>**Farmingdale, NY 11735** | **UPS**<br>**75 Smith Street**<br>**Farmingdale, NY 11735** | mail | | 1,240.00 |
| **Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250-0001** | **Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250-0001** | **Phone bill** | | 1,800.00 |
| **Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250-0001** | **Verizon**<br>**PO Box 1100**<br>**Albany, NY 12250-0001** | **Phone bill** | | 1,600.00 |
| **William Doyle Galleries** | **William Doyle Galleries** | merchandise | | 28,000.00 |

rw4419

In re **Morgansen's LTD**           , Case No. _____
                Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date **February 20, 2003**            Signature **/s/ Felicia Branescu**
                                               **Felicia Branescu**
                                               **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:                                                                              Chapter 11
                                                                                    Case No.

MORGANSEN'S LTD,

                Debtor.
-------------------------------------------------------------------X

## STATEMENT PURSUANT TO LOCAL RULE 10(f)

      RONALD D. WEISS, an attorney duly admitted to practice before this Court, states:

1. That I am the attorney for the above named debtor(s).
2. That prior to the filing of the petition herein, my staff or I rendered the following services to the above-named debtor.

| DATE | SERVICE | TIME |
|---|---|---|
| 2/20/03 | Initial interview, analysis of financial condition, discussion of alternatives to bankruptcy; review of obligations of a debtor under Chapter 11. | 1.5 |
| 2/20/03 | Review of financial information provided by debtor(s) for preparation of petition and supporting schedules | 1.5 |
| 2/20/03 | Obtain additional information necessary and complete petition; communicate with creditors when necessary to advise them of debtor(s)' intention to file petition and to obtain or verify information required to prepare schedules. | 4.5 |
| 2/20/03 | Final review of petition, schedules and proposed plan, if applicable, and review same with debtor(s) prior to filing. | 1.5 |

3. All of the aforementioned services rendered herein prior to the filing of the petition were rendered personally by me or my staff.

4. The usual rate of compensation for my law firm on bankruptcy matters of this type is $185.00 per hour for attorney time and $75 per hour for paralegal time.


Dated: Melville, New York                  /s/Ronald D. Weiss P.C.
        February 20, 2003                   RONALD D. WEISS

In re **Morgansen's LTD**  
Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **February 20, 2003**  
**/s/ Felicia Branescu**  
**Felicia Branescu/President**  
Signer/Title

Date: **February 20, 2003**  
**/s/ Ronald D. Weiss, Esq. 4419**  
Signature of Attorney  
**Ronald D. Weiss, Esq. 4419**  
**Ronald D. Weiss, PC**  
**734 Walt Whitman Road**  
**Suite 203**  
**Melville, NY 11747**  
**631-271-3737   Fax: 631-271-3784**

Internal Revenue Service
P.O. Box 60
Brooklyn, NY 11201


New York State Tax
Harriman Campus
Albany, NY 12208


Alex Demetriades


American Express Centurion Bank
Suite 0002
Chicago, IL 60679-0002


Citibank
PO Box 22828
Rochester, NY 14692


FedEx


Felicia Branescu
38 East 57th Street
Suite 1100
New York, NY 10022


Global Payment


GMC Garage


Hardy Suel


LIPA/Keyspan
P.O. Box 9083
Melville, NY 11747


Nowendah Landscaping

PNC Vehicle Leasing, LLC
PO Box 41744
Philadelphia, PA 19162-0312


Realty Services



Sprint PCS
PO Box 62012
Baltimore, MD 21264-2012


UPS
75 Smith Street
Farmingdale, NY 11735


Verizon
PO Box 1100
Albany, NY 12250-0001


William Doyle Galleries

UNITED STATES BANKRUPTCY COURT   rw4419
EASTERN DISTRICT OF NEW YORK

---

In Re:                                     Chapter 11
                                         Tax ID No. 13-4102916

MORGANSEN'S LTD,

       Debtor(s).

---

**VOLUNTARY PETITION, RULE 1073, EXHIBIT "A"**
**STATEMENT REGARDING AUTHORITY TO SIGN AND FILE**
**20 LARGEST CREDITORS**
**MATRIX**

---

**RONALD D. WEISS, P.C.**
ATTORNEY AT LAW
734 WALT WHITMAN ROAD, SUITE 203
MELVILLE, NEW YORK 11747
(631) 271 - 3737