# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza, P.O. Box #9013
Central Islip, NY 11722–9013

IN RE:                                                                          CASE NO: 8–03–80994–cec

   Morgansen's LTD

SSN/TAX ID:                                                                      CHAPTER: 7

   13–4102916

        DEBTOR(s)

### NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,
### OF HEARING ON APPLICATIONS FOR COMPENSATION
### (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

TO THE CREDITORS AND PARTIES IN INTEREST:

THE FINAL REPORT(S) AND ACCOUNT(S) OF THE TRUSTEE IN THIS CASE HAVING BEEN FILED, NOTICE IS HEREBY GIVEN THAT THERE WILL BE A HEARING HELD ON:

### DATE/TIME/LOCATION OF HEARING
October 22, 2007 at 02:00 PM

**United States Bankruptcy Court, Long Island Federal Courthouse, 290 Federal Plaza – Room 860, Central Islip, NY 11722–9013**

FOR THE PURPOSE (AS APPROPRIATE) OF EXAMINING AND PASSING ON THE REPORT(S) AND ACCOUNT(S), ACTING ON APPLICATIONS FOR COMPENSATION AND TRANSACTING SUCH OTHER BUSINESS AS MAY PROPERLY COME BEFORE THE COURT. ATTENDANCE BY CREDITORS IS WELCOMED BUT NOT REQUIRED.

THE ACCOUNT OF THE TRUSTEE SHOWS:

| TOTAL RECEIPTS | TOTAL DISBURSEMENTS | BALANCE ON HAND |
|---|---|---|
| 90777.62 | 4450.36 | 86327.26 |

IN ADDITION TO EXPENSE OF ADMINISTRATION AS MAY BE ALLOWED BY THE COURT, CLAIMS SECURED BY LIENS AND CLAIMS ENTITLED TO PRIORITY MUST BE PAID IN ADVANCE OF ANY DIVIDEND TO GENERAL CREDITORS. CLAIMS HAVE BEEN ALLOWED AND CLASSIFIED AS FOLLOWS:

| SECURED CLAIMS | PRIORITY CLAIMS | UNSECURED CLAIMS |
|---|---|---|
| 0.00 | 0.00 | 0.00 |

### THE FOLLOWING APPLICATIONS FOR COMPENSATION HAVE BEEN FILED
### (CREDITORS MAY BE HEARD BEFORE THE APPLICATIONS ARE DETERMINED)

| APPLICANT | COMMISSION OR FEES | EXPENSES |
|---|---|---|
| Neil H. Ackerman, Trustee | 7566.36 | 573.17 |
| Meltzer, Lippe, Goldstein & Breitstone, LLP, Atty | 121492.00 | 7983.95 |
| Friedman LLP as Accountant | 21874.25 | 109.50 |
| Eisner, LLP as Accountant | 4738.00 | 74.00 |
| Philip R. Weiss as Appraiser | 3750.00 | 0.00 |
| David R. Maltz & Co., Inc. as Auctioneer | 8050.40 | 12927.00 |

THE DEBTOR HAS NOT BEEN DISCHARGED.

Dated: September 25, 2007

For the Court, Joseph P. Hurley, Clerk of Court

**BLfmn** [Final Meeting Notice rev. 9/24/02]